**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| UNITED STATES OF AMERICA ex rel, GREGORY W. THORPE, et al., <br>     Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE PLC, et al. <br>     Defendants. <br><br> CROSS & BENNETT, L.L.C., <br><br>     Intervenors | ) <br> ) <br> ) <br> ) <br> )   **Civil Case No. 03-10641-RWZ** <br> )   **Civil Case No. 03-10398-RWZ** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CROSS & BENNETT L.L.C.'S**
**MOTION FOR IMPOUNDMENT UNDER L.R. 7.2**

Pursuant to Local Rule 7.2, Cross & Bennett, L.L.C. ("Cross & Bennett") moves this Court for an order permitting it to file the following documents under seal:

- Exhibits 2, 3, 4, 6-8, and 11 to *Cross & Bennett, L.L.C.'s proposed Complaint in Intervention*.

- Exhibits 2-4 and 6-8 to *Cross & Bennett, L.L.C's Opposition to Motion of Thorpe and Hamrick to Strike Cross & Bennett's Attorney's Lien and Notice of Attorney's Lien and for Release of Settlement Funds*.

Cross & Bennett requests that the above-referenced documents be kept under seal until further order of the Court, or until 60 days after entry of final judgment herein, including any applicable appeal period. Cross & Bennett respectfully suggests that the documents be maintained by the Clerk of the United States District Court for the District of Massachusetts in a sealed envelope, which shall have the Court's Order on Sealing attached. Upon the Court's

granting of this motion, Cross & Bennett will file redacted versions of the documents on the District Court's electronic filing system. As grounds for this motion, Cross & Bennett states as follows:

1. The above-referenced documents include emails and other correspondence among relators Thorpe and Hamrick and Cross & Bennett. As the Court is aware, Cross & Bennett was counsel for Thorpe and Hamrick.

2. These documents contain information that may be protected by the attorney-client privilege. Cross & Bennett therefore seeks to file them under seal in accordance with the dictates of Mass. Rule of Professional Conduct 1.6 and the comments thereto.

3. The granting of this motion is in the interest of justice.

4. Counsel for Thorpe and Hamrick do not object to the relief sought by this Motion for Impoundment.

## CONCLUSION

For the foregoing reasons, Cross & Bennett requests that this motion be granted.

      CROSS & BENNETT, L.L.C.,

      By its attorneys,

      /s/ Allison D. Burroughs
      Allison D. Burroughs (BBO# 609346)
      Benjamin L. Mack (BBO# 661590)
      Nutter McClennen & Fish LLP
      Seaport West
      155 Seaport Boulevard
      Boston, MA 02210
      (617)439-2274
      aburroughs@nutter.com
      bmack@nutter.com

Dated: September 14, 2012

## RULE 7.1 CERTIFICATION

      I hereby certify that I have conferred with counsel for Thorpe and Hamrick in connection with this motion, who do not object to the relief requested herein.

                                                /s/ Allison D. Burroughs
                                                Allison D. Burroughs

Dated: September 14, 2012

## CERTIFICATE OF SERVICE

      I certify that, on September 14, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ Allison D. Burroughs
                                                Allison D. Burroughs