## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*EX REL.* GERAHTY and BURKE )<br>          Plaintiffs, )<br>v. )<br>GLAXOSMITHKLINE PLC and )<br>SMITHKLINE BEECHAM CORP. d/b/a )<br>GLAXOSMITHKLINE )<br>          Defendants ) | C.A. No. 03-10641-RWZ<br>Administratively consolidated |
| UNITED STATES OF AMERICA )<br>*EX REL.* GRAYDON )<br>          Plaintiff, )<br>v. )<br>GLAXOSMITHKLINE PLC )<br>          Defendant ) | C.A. No. 11-10741-RWZ |
| UNITED STATES OF AMERICA )<br>*EX REL.* MICHAEL LAFAUCI )<br>          Plaintiff, )<br>v )<br>GLAXOSMITHKLINE PLC )<br>          Defendant ) | C.A. No. 11-10921-RWZ |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the <u>qui tam</u> provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the analogous provisions of the False Claims Acts of the Medicaid Participating States named as plaintiffs in these actions (California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Mexico, New Jersey, New York, North Carolina, Oklahoma, Rhode Island,

Tennessee, Texas, Virginia and Wisconsin), the United States, GlaxoSmithKline LLC ("GSK"), the above-named Medicaid Participating States, and Relators Thomas Gerahty, Matthew Burke, Lois Graydon, and Michael LaFauci ("Relators") filed a Stipulation of Dismissal in Civil Action 11-10398. Upon due consideration of the Stipulation and the papers on file in those actions,

IT IS HEREBY ORDERED that,

Consistent with and subject to the terms of the July 2, 2012 federal settlement agreement executed by the United States, GSK, and Relators (the "Settlement Agreement"), the settlement agreements entered into by GSK and the above-named Medicaid Participating States (the "State Settlement Agreements"), and the September 25, 2013 Settlement Agreement between GSK and the State of Louisiana (collectively "Settlement Agreements"):

All claims asserted in the United States' Complaint-in-Intervention and the Relators' complaints in administratively consolidated Civil Actions 03-10641, 11-10741, and 11-10921 shall be dismissed with prejudice according to the terms and conditions of the Settlement Agreements.

SO ORDERED this **5th** day of **September**, 2014

HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE